IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACKY LAGUERRE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| J.L. JAMISON, ET AL. | : | NO. 26-5498 |

## **ORDER**

**AND NOW**, this 4th day of August, 2026, upon consideration of Petitioner Jacky Laguerre's Petition for Writ of Habeas Corpus (Docket No. 1), **IT IS HEREBY ORDERED** that the Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania while the instant Petition for Writ of Habeas Corpus is pending.

BY THE COURT:

/s/ John R. Padova, J.

John R. Padova, J.